United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| WILLIAN FRANCISCO HERNANDEZ MEJIA | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1686 |
| | § | |
| MARKWAYNE MULLIN *et al.* | § | |

## ORDER

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 12). The Court previously ordered Respondents to respond to Petitioner's initial petition, and they timely complied (Dkt. Nos. 5, 9). Petitioner now seeks to amend his petition under Federal Rule of Civil Procedure 15(a)(1)(B) to incorporate "newly disclosed documents and later-acquired information regarding" his transfer (Dkt. No. 12 at 8).

Generally, a party responding to an amended pleading must respond "within 14 days after service of the amended pleading". Fed. R. Civ. P. 15(a)(3). A responding party need not separately request leave to amend its answer. Nonetheless, the Court may modify the response timeline, and the Court, in its discretion, does so here. *See Hale v. United States*, 772 F. App'x 213, 214 (5th Cir. 2019).

Accordingly, the Court **ORDERS** Respondents to file a response to the Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 12) by **October 29, 2026**.

It is so **ORDERED**.

**SIGNED** October 22, 2026.

Marina Garcia Marmolejo
United States District Judge